UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re:
BANK OF NEWPORT SUMMONS

MISC 08 57S

**MISCELLANEOUS PETITION**

Now comes Leila Jenkins ( "Ms. Jenkins") through counsel, and petitions this Honorable Court for authority to file a Motion to Quash Summons served upon Bank Newport by an officer of the Internal Revenue Service ("IRS") requesting confidential bank account information of Ms. Jenkins. Ms. Jenkins represents as follows:

1. A summons was issued to Bank Newport on June 17, 2008 ("Summons") seeking to have a representative of Bank Newport in Newport, Rhode Island appear before an officer of the Internal Revenue Service in Deerfield Beach, Florida to provide information about Ms. Jenkins Bank Newport bank account.
2. Ms. Jenkins only recently received a copy of the Summons when a copy was sent from Bank Newport.
3. Upon information and belief, the IRS is seeking to collect alleged personal income tax liabilities of Ms. Jenkins from the 2004 tax year. Until being contacted by Bank Newport regarding the Summons, Ms. Jenkins was not aware of these alleged tax deficiencies.
4. Ms. Jenkins has since been cooperating with the IRS and is trying to resolve the underlying factual issues that have caused the IRS to seek collection.

5. At present, all collection proceedings by the IRS have been halted because Ms. Jenkins has requested a Collection Due Process Hearing before the IRS to investigate the accuracy of the alleged tax deficiency.

6. Ms. Jenkins has requested documentation from the IRS to understand the alleged tax deficiency.

7. Upon information and belief, Ms. Jenkins suspects that there has been improperly filed information returns (Form 1099) that have caused the alleged tax deficiency. Such returns were not prepared by Ms. Jenkins.

8. It is Ms. Jenkins' goal to work with the IRS to correct any improperly filed documents and prove to the IRS that no tax liability for the 2004 tax year is due.

9. Ms. Jenkins has several grounds upon which she seeks to quash the Summons as more particularly set forth in her Motion to Quash Summons and Memorandum in Support attached hereto as Exhibit A.

Wherefore, the Petitioner, Leila Jenkins respectfully requests that this Court allow her to file a Motion to Quash the Summons.

Respectfully submitted,
Leila Jenkins,
By her attorneys,

Steven Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1020
Fax: (401) 454-1030
srichard@nixonpeabody.com

Dated: July 16, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July, 2008, I filed this Motion to Quash electronically with the Court and sent a true copy of said Motion to Quash by electronic mail or facsimile and certified mail to:

Internal Revenue Service
300 Lock Road
Deerfield Beach, FL 33442-3801
Attn: Mr. D. Weinstein
Revenue Officer

Bank Newport
10 Washington Square
Newport, RI 02840
Attn: Dawn Cochran