UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | : | |
| BANK OF NEWPORT SUMMONS | : | Case: 1:08-mc-00057 |

**STIPULATION**

Steven M. Richard hereby withdraws as counsel for Leila Jenkins in the above-captioned action. Linn Freedman of Nixon Peabody LLP is entering her appearance as counsel for Leila Jenkins contemporaneously herewith.

/s/ Steven M. Richard
Steven M. Richard (4403)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
Email: srichard@nixonpeabody.com

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1108
Fax: (866) 807-6614
Email: lfreedman@nixonpeabody.com

Dated: August 6, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2008, I filed this Stipulation electronically with the Court and sent a true copy of said Stipulation by facsimile to:

Internal Revenue Service
300 Lock Road
Deerfield Beach, FL 33442-3801
Attn: Mr. D. Weinstein
Revenue Officer

Bank Newport
10 Washington Square
Newport, RI 02840
Attn: Dawn Cochran

/s/ Linn F. Freedman