IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

In re: BANK OF NEWPORT SUMMONS )
)
)
) MISC. NO. 08-57S

**DECLARATION OF REVENUE OFFICER DENNIS WEINSTEIN**

I, Dennis Weinstein, declare as follows:

1. I am a duly commissioned Revenue Officer with the Small Business/Self Employed Division of the Internal Revenue Service ("IRS"). My post of duty is in Deerfield Beach, Florida. As a Revenue Officer, I am authorized to issue IRS administrative summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 4 (as revised).

2. In my capacity as a Revenue Officer, I am conducting collection activities related to federal income tax liability of Leila Jenkins for tax year 2004. As part of the investigation of Ms. Jenkins' ability to satisfy her tax liability, I am requesting bank and financial records of Ms. Jenkins.

3. On July 14, 2007, and on August 25, 2007, notices were issued informing Ms. Jenkins of third-party contacts in accordance with 26 U.S.C. § 7602(c).

4. In furtherance of these collection activities, and in accordance with 26 U.S.C. §§ 7602 and 7603, on June 25, 2008, I served an IRS administrative summons on Bank of Newport by certified mail. The summons directed Bank of Newport to produce for examination the books, records, papers, and other data described in the summons. A copy of the summons and certificate of service is attached hereto as Exhibit A.

5. On or about July 16, 2008, Ms. Jenkins filed a Petition to Quash the subject summons.

GOVERNMENT EXHIBIT
1

6. The filing of Ms. Jenkins' Petition to Quash prevented the summonsed party, Bank of Newport, from complying with the summons on the appearance date of July 17, 2008.

7. The materials, the testimony, materials, books, records, papers, and other information sought by the summonses described in paragraph 3, above, are not already in the possession of the IRS.

8. The information sought by the summonses described in paragraph 3, above, may be relevant to, and is designed to shed light upon, the existence and location of Ms. Jenkins' assets. The information and documents gained from the summons may assist the IRS in locating assets that are held by Ms. Jenkins, or any other entity or person, as the nominee/alter ego and/or transferee of Ms. Jenkins. The IRS may use these assets to satisfy to the federal income tax liability owed by Ms. Jenkins.

9. As of the date of this declaration, there is no Department of Justice referral in effect, as defined by 26 U.S.C. § 7602(d)(2), with respect to Ms. Jenkins.

10. All administrative steps required by the Internal Revenue Code for the issuance of the summons described in paragraph 3, above, have been taken.

11. On July 4, 2008, a Notice of Federal Tax Lien was filed. Subsequently, Ms. Jenkins submitted requests for a collection due process hearing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

DATED this 6th day of August, 2008.

Dennis Weinstein

Dennis Weinstein
Revenue Officer, IRS