TOTAL P.03

# Summons

In the matter of LEILA JENKINS, 227 AUSTRALIAN AVE, PALM BEACH, FL 33480

Internal Revenue Service (Division): SMALL BUSINESS/SELF EMPLOYED

Industry/Area (name or number): SB/SE AREA 3 (23)

Periods: Form 1040 for the calendar period ending December 31, 2004

## The Commissioner of Internal Revenue

To: BANKNEWPORT

At: PO BOX 450, NEWPORT, RI 02840

You are hereby summoned and required to appear before MR. D. WEINSTEIN, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

The following information regarding any accounts with your bank on which the above taxpayer is named as a depositor is required:

(1) Type of account.

(2) Account number.

(3) Current balance.

If there are no such accounts, a statement to this effect is required.

Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

300 LOCK ROAD, DEERFIELD BEACH, FL 33442-3801 (954) 725-1607

**Place and time for appearance at** 300 LOCK ROAD, DEERFIELD BEACH, FL 33442-3801

on the 17th day of July, 2008 at 9:00 o'clock a.m.

Issued under authority of the Internal Revenue Code this 17th day of June, 2008

IRS
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

MR. D. WEINSTEIN [signature] — Signature of Issuing Officer — REVENUE OFFICER — Title

[signature] — Signature of Approving Officer (if applicable) — [signature] — Title

GOVERNMENT EXHIBIT A

Original — to be kept by IRS

JUL-25-2008 10:35

P.03

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date 6/25/08 Time Mailed AM

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.
2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): ______
3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: ______

Signature D Weinstein Title Revenue officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: ______ Time: ______

Name of Noticee: ______

Address of Noticee (if mailed): ______

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☒ No notice is required.

Signature D Weinstein Title Revenue officer

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature ______ Title ______

Form 2039 (Rev. 12-2001)