AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

In Re: Bank of v. Newport Summons

CASE NUMBER: MC 08-57S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Bank Newport

I certify that I am admitted to practice in this court.

8/8/08
*Date*

[signature]
*Signature*


Girard Galvin #7312
*Print Name* *Bar Number*

31 America's Cup Avenue
*Address*

Newport RI 02840
*City* *State* *Zip Code*

(401)847-0872 (401)847-5810
*Phone Number* *Fax Number*


This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.