UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In Re:
BANK OF NEWPORT SUMMONS

Case: 1:08-mc-00057

**AFFIDAVIT OF LEILA JENKINS**

Before me, personally came and appeared, Leila Jenkins, who stated of her own personal knowledge the following:

1. I am of the age of majority and President of Locke Capital Management.

2. My 2004 Personal Income Tax Return was properly filed in April 2005 at a net loss of $546,099 with no taxes due.

3. In the summer of 2007, I was contacted by the IRS regarding taxes due on my 2004 Personal Income Tax Return. Immediately subsequent to this IRS contact, I contacted the IRS to resolve the issue. I was told by an IRS official in September of 2007 that the additional tax liability for my 2004 return was in error and an "adjustment had been made [with] no tax owing." This was confirmed through a fax I received from the IRS that the Tax Return Transcript reflected data from my originally filed 2004 return and there was no mention of an Amended Return in the Transcript. At this time, I was of the understanding that the matter was closed.

4. In June 2008, I received a letter dated 5/29/08 from the IRS indicating a Final Notice of Intent to Levy.

5. Between September 2007 and June 2008, I received no correspondence or other notice from the IRS regarding my 2004 tax return, including any notice of a deficiency.

PLAINTIFF'S
EXHIBIT
A

6. Immediately subsequent to receiving the Notice of the IRS' Intent to Levy and the Lien filing, I requested a Collection Due Process Hearing before the IRS and requested all IRS information relating to the alleged tax deficiency.

7. In July 2008, I received a letter dated 7/8/08 from the IRS indicating a Federal Tax Lien on my assets, and was alerted by another bank where I have done business that they were summoned to produce information regarding my personal accounts.

8. In response to my information request, the IRS provided to me a current IRS Account Transcript and my originally filed 2004 tax return. This transcript indicated that I owed the IRS $283,582.81, which included $242,239.56 of tax with the difference representing penalties and interest. This transcript indicated that an Amended Personal Income Tax Return for the 2004 Tax Year was filed on my behalf in October 2006. The Transcript I received in September of 2006 does not confirm that this alleged Amended Return was filed in October of 2006. I have no knowledge of this amended filing and did not file an Amended Return. The IRS did not provide me with the alleged Amended Return at that time, despite the fact that it was referenced on the new Account Transcript.

9. I have repeatedly requested from the IRS this alleged Amended Tax Return for 2004 and have paid the required fees to obtain this record. At this time, the IRS has not responded to my request and has failed to provide me with the Amended Return or any other information upon which it relies that I allegedly owe any amount. I still do not have a copy of the amended filing.

10. I spoke with Dennis Weinstein, IRS Revenue Officer to request information and attempt to find out the basis for the IRS' allegations. He told me that the alleged assessment was

the result of a 1099 issued by Locke Capital Management. Locke Capital Management has never issued a 1099 to anyone.

11. The 2008 IRS Account Transcript indicated that the Amended Return shows I was paid $145,000. This did not happen.

12. If I had been paid $145,000 in 2004, this would have reduced my net loss. There is still no explanation from the IRS as to how it calculated that I allegedly owe $242,239.56.

13. The alleged Amended 2004 Personal Income Tax Return will hopefully explain how my originally filed tax return, which reported a net loss of $546,099, was changed to reflect taxable income of $1,174,341 as stated on my current Account Transcript.

14. Further, given that I did not file this Amended Return, it is of great importance to examine who signed this return to find out who filed it.

15. Since the IRS has not provided any notice or information to me about the underlying alleged assessment, and since I have appealed the underlying assessment, it is premature to begin collection proceedings.

Leila Jenkins

STATE OF New York

New York COUNTY

Subscribed and sworn to before me this 22 day of August, 2008.

Notary Public
My commission expires: NOV 27, 2010

REBECCA PAES
Notary Public, State of New York
No. 01PA6156343
Qualified in Queens County
Commission Expires Nov. 27, 2010