Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 09-17-2007
Response Date: 09-17-2007
IRS Employee Number: JM1HB
Tracking Number: 100018639116

# Tax Return Transcript

**SSN Provided:**
**Tax Period Ending:** Dec. 31, 2004

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

**SSN:** **SPOUSE SSN:**

| | |
|---|---|
| NAME(S) SHOWN ON RETURN: | LEILA C JENKINS |
| ADDRESS: | 227 AUSTRALIAN AVE APT 2C<br>PALM BEACH, FL 33480-4639-235 |
| FILING STATUS: | Single |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20051308 |
| RECEIVED DATE: | Apr.15, 2005 |
| REMITTANCE: | 0.00 |
| EXEMPTION NUMBER: | 1 |
| DEPENDENT 1 NAME CTRL: | |
| DEPENDENT 1 SSN: | |
| DEPENDENT 2 NAME CTRL: | |
| DEPENDENT 2 SSN: | |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| PREPARER SSN: | |
| PREPARER EIN: | |

Sent from IRS
9-17-2007
When I was told "adjustment had been made – no tax owing"

"Leila,
This is the way you filed –

← post it note from IRS lady

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $ 0.00 |
| TAXABLE INTEREST INCOME: SCH B: | $ 45.00 |
| TAX-EXEMPT INTEREST: | $ 0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $ 0.00 |
| QUALIFIED DIVIDENDS: | $ 0.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $ 0.00 |
| ALIMONY RECEIVED: | $ 0.00 |
| BUSINESS INCOME OR LOSS (Schedule C): | $ 0.00 |
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $ 0.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $ 0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $ 0.00 |

PLAINTIFF'S EXHIBIT
B

| | |
|---|---|
| OTHER GAINS OR LOSSES (Form 4797): | $ 0.00 |
| TOTAL IRA DISTRIBUTIONS: | $ 0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $ 0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $ 0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $ 0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $ -142,192.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $ -142,192.00 |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $ 0.00 |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $ 0.00 |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $ -142,192.00 |
| FARM INCOME OR LOSS (Schedule F): | $ 0.00 |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $ 0.00 |
| UNEMPLOYMENT COMPENSATION: | $ 7,150.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $ 0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $ 0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $ 0.00 |
| OTHER INCOME: | $ -249,230.00 |
| ADDITIONAL FORM 8814 NET INCOME: | $ 0.00 |
| SCHEDULE EIC SE INCOME PER COMPUTER: | $ 0.00 |
| SCHEDULE EIC EARNED INCOME PER COMPUTER: | $ 0.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $ 45.00 |
| TOTAL INCOME: | $ -384,227.00 |
| TOTAL INCOME PER COMPUTER: | $ -384,227.00 |

## Adjustments to Income

| | |
|---|---|
| EDUCATOR EXPENSES: | $ 0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $ 0.00 |
| RESERVIST AND OTHER BUSINESS EXPENSE: | $ 0.00 |
| IRA DEDUCTION: | $ 0.00 |
| IRA DEDUCTION PER COMPUTER: | $ 0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $ 0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $ 0.00 |
| TUITION AND FEES DEDUCTION: | $ 0.00 |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $ 0.00 |
| HEALTH SAVINGS ACCT DEDUCTION: | $ 0.00 |
| HEALTH SAVINGS ACCT DEDUCTION PER CMPTR: | $ 0.00 |
| MOVING EXPENSES: F3903: | $ 0.00 |
| SELF EMPLOYMENT TAX DEDUCTION: | $ 0.00 |
| SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER: | $ 0.00 |
| SELF-EMP HEALTH INS DEDUCTION: | $ 0.00 |
| KEOGH/SEP CONTRIBUTION DEDUCTION: | $ 0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $ 0.00 |
| ALIMONY PAID SSN: | |
| ALIMONY PAID: | $ 0.00 |
| OTHER ADJUSTMENTS: | $ 0.00 |
| ARCHER MSA DEDUCTION: | $ 0.00 |
| ARCHER MSA DEDUCTION PER COMPUTER: | $ 0.00 |
| TOTAL ADJUSTMENTS: | $ 0.00 |
| TOTAL ADJUSTMENTS PER COMPUTER: | $ 0.00 |
| ADJUSTED GROSS INCOME: | $ -384,227.00 |
| ADJUSTED GROSS INCOME PER COMPUTER: | $ -384,227.00 |

## Tax and Credits

| | |
|---|---|
| 65-OR-OVER: | 0 |
| BLIND: | 0 |
| SPOUSE 65-OR-OVER: | 0 |
| SPOUSE BLIND: | 0 |
| STANDARD DEDUCTION PER COMPUTER: | $ 0.00 |
| ADDITIONAL STANDARD DEDUCTION PER COMPUTER: | $ 0.00 |
| TAX TABLE INCOME PER COMPUTER: | $ 0.00 |
| EXEMPTION AMOUNT PER COMPUTER: | $ 3,100.00 |
| TAXABLE INCOME: | $ 0.00 |
| TAXABLE INCOME PER COMPUTER: | $ 0.00 |
| TOTAL POSITIVE INCOME PER COMPUTER: | $ 7,195.00 |
| TENTATIVE TAX: | $ 0.00 |
| TENTATIVE TAX PER COMPUTER: | $ 0.00 |
| FORM 8814 ADDITIONAL TAX AMOUNT: | $ 0.00 |
| TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER: | $ 0.00 |
| FORM 6251 ALTERNATIVE MINIMUM TAX: | $ 0.00 |
| FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER: | $ 0.00 |
| FOREIGN TAX CREDIT: | $ 0.00 |
| FOREIGN TAX CREDIT PER COMPUTER: | $ 0.00 |
| CHILD & DEPENDENT CARE CREDIT: | $ 0.00 |
| CHILD & DEPENDENT CARE CREDIT PER COMPUTER: | $ 0.00 |
| CREDIT FOR ELDERLY AND DISABLED: | $ 0.00 |
| CREDIT FOR ELDERLY AND DISABLED PER COMPUTER: | $ 0.00 |
| EDUCATION CREDIT: | $ 0.00 |
| EDUCATION CREDIT PER COMPUTER: | $ 0.00 |
| GROSS EDUCATION CREDIT PER COMPUTER: | $ 0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT: | $ 0.00 |
| RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER: | $ 0.00 |
| PRIM RET SAV CNTRB: F8880 LN6A: | $ 0.00 |
| SEC RET SAV CNTRB: F8880 LN6B: | $ 0.00 |
| CHILD TAX CREDIT: | $ 0.00 |
| CHILD TAX CREDIT PER COMPUTER: | $ 0.00 |
| ADOPTION CREDIT: F8839: | $ 0.00 |
| ADOPTION CREDIT PER COMPUTER: | $ 0.00 |
| FORM 8859 1ST TIME HOMEBUYERS: | $ 0.00 |
| DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER: | $ 0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT: | $ 0.00 |
| FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER: | $ 0.00 |
| F8396 AND F8859 CREDITS: | $ 0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS: | $ 0.00 |
| FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER: | $ 0.00 |
| FORM 1040C CREDIT: | $ 0.00 |
| PRIOR YR MIN TAX CREDIT: F8801: | $ 0.00 |
| PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER: | $ 0.00 |
| TENTATIVE EMPOWERMENT ZONE CREDIT: F8844: | $ 0.00 |
| EMPOWERMENT ZONE CREDIT: F8844: | $ 0.00 |
| OTHER CREDITS: | $ 0.00 |
| TOTAL CREDITS: | $ 0.00 |
| TOTAL CREDITS PER COMPUTER: | $ 0.00 |
| INCOME TAX AFTER CREDITS PER COMPUTER: | $ 0.00 |

## Other Taxes

| | |
|---|---|
| SE TAX: | $ 0.00 |
| SE TAX PER COMPUTER: | $ 0.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS: | $ 0.00 |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER: | $ 0.00 |
| TAX ON QUALIFIED PLANS F5329 (PR): | $ 0.00 |
| COMBINED TX ON RETIREMENT PLANS PER COMPUTER: | $ 0.00 |
| IRAF TAX PER COMPUTER: | $ 0.00 |
| TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER: | $ 0.00 |
| IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER: | $ 0.00 |
| ADVANCED EARNED INCOME: | $ 0.00 |
| UNPAID FICA ON REPORTED TIPS: | $ 0.00 |
| FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS: | $ 0.00 |
| RECAPTURE TAX: F8611: | $ 0.00 |
| HOUSEHOLD EMPLOYMENT TAXES: | $ 0.00 |
| HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER: | $ 0.00 |
| RECAPTURE TAXES: | $ 0.00 |
| TOTAL ASSESSMENT PER COMPUTER: | $ 0.00 |
| TOTAL TAX LIABILITY TP FIGURES: | $ 0.00 |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $ 0.00 |

## Payments

| | |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | $ 0.00 |
| ESTIMATED TAX PAYMENTS: | $ 0.00 |
| EARNED INCOME CREDIT: | $ 0.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $ 0.00 |
| NONTAXABLE COMBAT PAY ELECTION: | $ 0.00 |
| FORM 8812 NONTAXABLE COMBAT PAY: | $ 0.00 |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $ 0.00 |
| TOT SS/MEDICARE WITHHELD: F8812: | $ 0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT: | $ 0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $ 0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $ 0.00 |
| AMOUNT PAID WITH FORM 4868: | $ 0.00 |
| FORM 2439 REGULATED INVESTMENT COMPANY CREDIT: | $ 0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS: | $ 0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER: | $ 0.00 |
| HEALTH COVERAGE TX CR: F8885: | $ 0.00 |
| TOTAL PAYMENTS: | $ 0.00 |
| TOTAL PAYMENTS PER COMPUTER: | $ 0.00 |

## Refund or Amount Owed

| | |
|---|---|
| AMOUNT YOU OWE: | $ 0.00 |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX: | $ 0.00 |
| ESTIMATED TAX PENALTY: | $ 0.00 |
| TAX ON INCOME LESS STATE REFUND PER COMPUTER: | $ 0.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $ 0.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $ 0.00 |

## Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:

| | |
|---|---|
| AUTHORIZATION INDICATOR: | 0 |
| THIRD PARTY DESIGNEE NAME: | |
| THIRD PARTY DESIGNEE PHONE NUMBER: | |

## Itemized Deductions

**MEDICAL/DENTAL**

| | |
|---|---|
| MEDICAL AND DENTAL EXPENSES: | $ 11,373.00 |
| AGI PERCENTAGE LIMITATION PER COMPUTER: | $ 0.00 |
| NET MEDICAL DEDUCTION: | $ 11,373.00 |
| NET MEDICAL DEDUCTION PER COMPUTER: | $ 11,373.00 |

**TAXES PAID**

| | |
|---|---|
| STATE AND LOCAL INCOME TAXES: | $ 0.00 |
| REAL ESTATE TAXES: | $ 3,897.00 |
| SCH A TAX DEDUCTIONS: | $ 3,897.00 |

**INTEREST PAID**

| | |
|---|---|
| MORTGAGE INTEREST (FINANCIAL): | $ 20,712.00 |
| MORTGAGE INTEREST (INDIVIDUAL): | $ 0.00 |
| DEDUCTIBLE POINTS: | $ 0.00 |
| DEDUCTIBLE INVESTMENT INTEREST: | $ 0.00 |
| TOTAL INTEREST DEDUCTION: | $ 20,712.00 |
| TOTAL INTEREST DEDUCTION PER COMPUTER: | $ 20,712.00 |

**CHARITABLE CONTRIBUTIONS**

| | |
|---|---|
| OTHER THAN CASH: Form 8283: | $ 0.00 |
| CARRYOVER FROM PRIOR YEAR: | $ 0.00 |
| SCH A TOTAL CONTRIBUTIONS: | $ 0.00 |
| SCH A TOTAL CONTRIBUTIONS PER COMPUTER: | $ 0.00 |

**CASUALTY AND THEFT LOSS**

| | |
|---|---|
| CASUALTY OR THEFT LOSS: | $ 0.00 |

**JOBS AND MISCELLANEOUS**

| | |
|---|---|
| TOTAL LIMITED MISC EXPENSES: | $ 125,890.00 |
| NET LIMITED MISC DEDUCTION: | $ 125,890.00 |
| NET LIMITED MISC DEDUCTION PER COMPUTER: | $ 125,890.00 |

**OTHER MISCELLANEOUS**

| | |
|---|---|
| OTHER THAN GAMBLING AMOUNT: | $ 0.00 |
| OTHER MISC DEDUCTIONS: | $ 0.00 |

**TOTAL ITEMIZED DEDUCTIONS**

| | |
|---|---|
| TOTAL ITEMIZED DEDUCTIONS: | $ 161,872.00 |
| TOTAL ITEMIZED DEDUCTIONS PER COMPUTER: | $ 161,872.00 |
| SCH A ITEMIZED PERCENTAGE PER COMPUTER: | $ 0.00 |

## Schedule E--Supplemental Income and Loss

**INCOME OR LOSS FROM RENTAL REAL ESTATE AND ROYALTIES**

| | |
|---|---|
| PRSNL USE OF RENTAL VAC PROP: | No |
| TOTAL RENTS RECEIVED: | $ 0.00 |
| TOTAL ROYALTIES RECEIVED: | $ 0.00 |
| MORTGAGE INTEREST PAID: | $ 0.00 |
| TOTAL RENTAL EXPENSE DEDUCTION: | $ 0.00 |

| | |
|---|---|
| RENTAL DEPRECIATION EXP OR DEPLETION: | $ 0.00 |
| RENT & ROYALTY INCOME: | $ 0.00 |
| RENT & ROYALTY LOSSES: | $ 0.00 |

**INCOME OR LOSS FROM PARTNERSHIPS AND S CORPS**

| | |
|---|---|
| PRTSHP/CORP PASSIVE INCOME: | $ 0.00 |
| PRTSHP/CORP NONPASSIVE INCOME: | $ 0.00 |
| PRTSHP/CORP PASSIVE LOSS: | $ 0.00 |
| PRTSHP/CORP NONPASSIVE LOSS: | $ 142,192.00 |
| PARTNERSHIP INCOME: | $ 0.00 |
| PARTNERSHIP LOSS: | $ 142,192.00 |

**INCOME OR LOSS FROM ESTATES AND TRUSTS**

| | |
|---|---|
| ESTATE/TRUST PASSIVE INCOME: | $ 0.00 |
| ESTATE/TRUST PASSIVE LOSS: | $ 0.00 |
| ESTATE AND TRUST INCOME: | $ 0.00 |
| ESTATE AND TRUST LOSS: | $ 0.00 |
| SCH K1 ES PAYMENT INDICATOR: | N |

**INCOME OR LOSS FROM REAL ESTATE MORTGAGE INVESTMENT CONDUITS**

| | |
|---|---|
| REAL ESTATE MORTGAGE INCOME/LOSS: | $ 0.00 |

**SUMMARY**

| | |
|---|---|
| NET FARM RENT INCOME/LOSS: | $ 0.00 |
| GROSS FARMING & FISHING INCOME: | $ 0.00 |

This Product Contains Sensitive Taxpayer Data