# Request for a Collection Due Process or Equivalent Hearing

Use this form to request a Collection Due Process (CDP) or equivalent hearing with the IRS Office of Appeals if you have been issued one of the following lien or levy notices:

- ***Notice of Federal Tax Lien Filing and Your Right To A Hearing Under IRC 6320,***
- ***Notice of Intent to Levy and Notice of Your Right To A Hearing,***
- ***Notice of Jeopardy Levy and Right of Appeal,***
- ***Notice of Levy on Your State Tax Refund – Notice of Your Right to a Hearing.***

Complete this form and send it to the address shown on your lien or levy notice. Include a copy of your lien or levy notice to ensure proper handling of your request.

Call the phone number on the notice or 1-800-829-1040 if you are not sure about the correct address or if you want to fax your request.

**You can find a section explaining the deadline for requesting a Collection Due Process hearing in this form's instructions. If you've missed the deadline for requesting a CDP hearing, you must check line 6 (Equivalent Hearing) to request an equivalent hearing.**

1. Print Name: Leila C. Jenkins

If a husband and wife owe the tax liability jointly, please print both names if both want a hearing

Address: 227 Australian Ave.
#2C

City: Palm Beach State: FL Zip Code: 33480

2. Social Security Number or Numbers — SSN 1 — SSN 2

Employer Identification Number

3. Daytime Telephone Number and Best Time to Call: (917) 741-5415 ☐ am. ☐ pm.

4. Tax Information: Don't know anything about this claim

| Type of Tax (Income, Employment, Excise, etc. or Civil Penalty) | Tax Form Number (1040, 941, 720, etc) | Tax Period or Periods |
|---|---|---|
| think it's Income | think it's 1040 | told it's 2004 |
| | | |
| | | |
| | | |



PLAINTIFF'S EXHIBIT D

# Request for a Collection Due Process or Equivalent Hearing

5. Basis for Hearing Request (Both boxes can be checked if you have received both a lien and levy notice)

☐ Filed Notice of Federal Tax Lien ☒ Proposed Levy or Actual Levy

6. Equivalent Hearing (See the instructions for more information on Equivalent Hearings)

☐ I would like an Equivalent Hearing – I would like a hearing equivalent to a CDP Hearing if my request for a CDP hearing is too late.

7. Check the most appropriate box for the reason you disagree with the filing of the lien or the levy. **See page 4 of this form for examples.** You can add more pages if you don't have enough space.

Collection Alternative ☐ Installment Agreement ☐ Offer in Compromise

NO TAXES DUE

Lien ☐ Subordination ☒ Discharge ☐ Withdrawal

Please explain:

My Spouse is Responsible ☐ Innocent Spouse Relief (Please attach Form 8857, *Request for Innocent Spouse Relief*, to your request.)

Other (Use as much space as you need to explain the reason for your request. Attach extra pages if necessary.)

☐ Reason: I have been given no notice or information about this alledged tax due. I filed proper tax forms showing no income for 2004 and can supply them again.

I understand the CDP hearing and any subsequent judicial review will suspend the statutory period of limitations for collection action. I also understand my representative or I must sign and date this request before the IRS Office of Appeals can accept it.

| SIGN HERE | | |
|---|---|---|
| | Your signature [signature] | Date 6/27/08 |
| | Spouse's Signature (if a joint request, both must sign) | Date |

**IRS Use Only**

| IRS Employee (Print) | Employee Telephone Number | IRS Received Date |
|---|---|---|
| | | |

# Summary of Taxpayer Contact

| Taxpayer's Name | Taxpayer's ID # |
|---|---|
| Leila C Jenkins | |

*In order to determine the appropriate resolution of your case, we need to calculate/verify your ability to pay the tax delinquencies, and ensure that you remain in current compliance with applicable filing and paying requirements. To assist us in doing so, please provide the following information/documents by the date required:*

| Information/Documents required | Date Required | |
|---|---|---|
| Bank statements from 9-30-2007 to 5-31-2008. | 6-13-2008 | 6/27/08 |
| Wage slips from 9-30-2007 to 5-31-2008. | 6-13-2008 | |
| ALL Cancel Checks from 9-30-2007 to 5-31-2008 | 6-13-2008 | |
| List of any real property with mortgage and payoff documentation. | 6-13-2008 | |
| Copies of ES payments. | 6-13-2008 | |
| Copy of 1040 for 12-31-2007 | 6-13-2008 | |
| List of vehicles with lienholder documentation and payoff. | 6-13-2008 | |
| List any other assets. | 6-13-2008 | |
| Copies of documents verifying any expenses or liabilities with proof of monthly payments. | 6-13-2008 | |
| Enclosed please find Publications:<br>1 "Your Rights as a Taxpayer"<br>594 "What You Should Know about the IRS Collection Process" | | |
| COMPLETE THE FOLLOWING FORMS ATTACHED; 433-A AND 433-B | 6-13-2008 | 6/27/08 |

**Notification of Consequences of Failure to Provide Information:** Your failure to provide the above information by the specified date(s) may require the IRS to take action such as issuing summonses, filing a Notice of Federal Tax Lien, and/or issuing you a Notice of Intent to Levy and Notice of Your Right to a Hearing, if one was not previously issued for this liability.

| Revenue Officer Name and Employee Identification Number | Date | Telephone / Fax Number |
|---|---|---|
| D. WEINSTEIN - 65-03794 | May 29, 2008 | 954-725-1607<br>Fax - 954-725-1969 |

**Office Address**

300 LOCK ROAD, , DEERFIELD BEACH 33442