IRS Department of the Treasury Internal Revenue Service
CCP-LU MR. D. WEINSTEIN
300 LOCK ROAD
IRS COLL.STOP 5420/30
DEERFIELD BEACH, FL 33442

**CERTIFIED MAIL**

7105 5678 7184 7203 0823

**Letter Date:** 07/08/2008
**Taxpayer Identification Number:**

**Contact Person:**
MR. D. WEINSTEIN
**Employee Identification Number:**
65-03794
**Contact Telephone Number:**
(954) 725-1607

LEILA C JENKINS
25 WALNUT ST
NEWPORT, RI 02840-1931

000329

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

We filed a Notice of Federal Tax Lien on 07/09/2008

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/2004 | 242239.56 |

The lien attaches to all the property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have a right to request a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, *Collection Appeal Rights*.

If you want to request a hearing, please complete the enclosed form 12153, *Request for a Collection Due Process Hearing*, and mail it to:

Internal Revenue Service
300 LOCK ROAD
IRS COLL.STOP 5420/30
DEERFIELD BEACH, FL 33442

You must request your hearing by 08/15/2008.

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get the current amount owed, contact the person whose name and telephone number appear at the top of this letter.

(over)

PLAINTIFF'S EXHIBIT
E

Jul 13 08 05:10p LCM 14018498555 p.3

Form 668 (Y)(c) (Rev. February 2004) | 1872

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #3
(800) 913-6050

Serial Number
453831208

For Optional Use by Recording Office

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

000329

Name of Taxpayer
LEILA C JENKINS

Residence
25 WALNUT ST
NEWPORT, RI 02840-1931

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | XXX-XX- | 05/14/2007 | 06/13/2017 | 242239.56 |

Place of Filing
CITY CLERK
NEWPORT CITY HALL
NEWPORT, RI 02840

Total 242239.56

This notice was prepared and signed at MANHATTAN, NY, on this,

the 27th day of June, 2008.

Signature K. A. Mitchell
for MR. D. WEINSTEIN

Title
REVENUE OFFICER 23-02-4515
(954) 725-1607

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 02-04)