Received 7/12/08 w/ ~~tax~~ notice lien



Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-16-2008
Response Date: 06-16-2008
IRS Employee Number: M7CGB
Tracking Number: 100028078671

# Account Transcript

FORM NUMBER: 1040

TAX PERIOD: Dec. 31, 2004

TAXPAYER IDENTIFICATION NUMBER:

LEILA C JENKINS
25 WALNUT ST
NEWPORT, RI 02840-1931-255

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 242,239.56 | |
| ACCRUED INTEREST: | 19,443.48 | AS OF: May 26, 2008 |
| ACCRUED PENALTY: | 21,899.77 | AS OF: May 26, 2008 |
| ACCOUNT BALANCE PLUS ACCRUALS: | 283,582.81 | |

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | | |
|---|---|---|
| EXEMPTIONS: | 01 | FILING STATUS: Single |
| ADJUSTED GROSS INCOME: | 744,503.00 | |
| TAXABLE INCOME: | 1,174,341.00 | |
| TAX PER RETURN: | 0.00 | |
| SE TAXABLE INCOME TAXPAYER: | 0.00 | |
| SE TAXABLE INCOME SPOUSE: | 0.00 | |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 | |

← No knowledge of these #s

PLAINTIFF'S EXHIBIT
F

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Apr. 15, 2005
PROCESSING DATE Apr. 11, 2005

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 150 | RETURN FILED AND TAX ASSESSED<br>07211-064-47921-5 | 20051308 04-11-2005 | $0.00 |
| 977 | AMENDED RETURN FILED<br>07221-287-59404-6 | 10-03-2006 | $0.00 |
| 290 | ADDITIONAL TAX ASSESSED<br>07254-513-07370-7 | 20071808 05-14-2007 | $208,569.20 |
| 196 | INTEREST ASSESSED | 20071808 05-14-2007 | $33,670.36 |

This Product Contains Sensitive Taxpayer Data

Jul 13 08 06:09p LCM 14018498555 p.1

Station Name: DBH001WA2621941 Date: 4/25/2008 Time: 12:09:42 PM

IRPTRN )

**TY2004 ON LINE PAYEE OVERVIEW**

YOU REQUESTED: TIN- TIN TYPE AND VALIDITY- 0

| DC | FORM | PGS | AMOUNT | DC | FORM | PGS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02 | 1042-S | 0 | 0 | 78 | 1098-C | 0 | 0 |
| 21 | W-2 | 0 | 0 | 79 | 1099-B | 0 | 0 |
| 27 | 5498-SA | 0 | 0 | 80 | 1099-A | 0 | 0 |
| 28 | 5498 IRA | 0 | 0 | 81 | 1098 | 2 | 20,712 |
| 31 | 1099-Q | 0 | 0 | 82 | SSA-1099 | 0 | 0 |
| 32 | W-2G | 0 | 0 | 83 | 1098-T | 0 | 0 |
| 41 | 8288-A | 0 | 0 | 84 | 1098-E | 0 | 0 |
| 46 | 8805 | 0 | 0 | 85 | 1099-C | 0 | 0 |
| 59 | 8596 | 0 | 0 | 86 | 1099-G | 1 | 7,150 |
| 61 | CASINOCTR | 0 | 0 | 89 | CTR | 0 | 0 |
| 63 | CMIR | 0 | 0 | 91 | 1099-DIV | 1 | 30 |
| 64 | 8300 | 0 | 0 | 92 | 1099-INT | 2 | 13 |
| 65 | K-1 1065 | 0 | 0 | 93 | 1099-LTC | 0 | 0 |
| 66 | K-1 1041 | 0 | 0 | 94 | 1099-SA | 0 | 0 |
| 67 | K-1 1120S | 5 | 145,707 | 95 | 1099-MISC | 0 | 0 |
| 71 | 1099-H | 0 | 0 | 96 | 1099-OID | 0 | 0 |
| 72 | 5498-ESA | 0 | 0 | 97 | 1099-PATR | 0 | 0 |
| 73 | 1099-CAP | 0 | 0 | 98 | 1099-R | 0 | 0 |
| 75 | 1099-S | 0 | 0 | | | | |

| DC | FORM | PGS |
|---|---|---|
| 13 | FBAR | 0 |
| 15 | PASSPORT | 1 |
| 16 | GREENCRD | 0 |
| 42 | W-4 | 0 |

WITHHOLDING
(W-2)
0

WITHHOLDING
(OTHER THAN W-2)
0

TOTAL PAGES
12

********* TY2006 IRMF DATA IS NOW AVAILABLE ON LINE *********

no knowledge of this - no 1099s issued by LCM

? IS IT K1 OR 1099 - says its both here?