C
Wells v. U.S.
E.D.Cal.,1994.

United States District Court, E.D. California.
Susane WELLS, Petitioner,
v.
UNITED STATES and Capitol Bay Mortgage, Respondents.
**No. 94-0288-EJG PAN.**

Dec. 7, 1994.

*FINDINGS AND RECOMMENDATIONS*

NOWINSKI, United States Magistrate Judge.
*1 On October 4, 1994, the Internal Revenue Service (I.R.S.) issued an administrative summons to Capital Bay Mortgage for "add documents and records in your possession [sic] or control which reflect current or pending escrows in which Susan C. Wells is involved." The summons instruction that per "IRC 7609(c)(2)(b) it was "exempt from the notice requirements pertaining to **third party summons.**"

On October 19, 1994, petitioner Susane Wells filed a petition to quash the summons upon the grounds that it is (1) in aid of a criminal prosecution and not to determine a civil liability for taxes; (2) seek private information; (3) is overly broad; (4) procedural errors; (5) without authority; (6) issued for an illegitimate purpose; and (7) issued to harass a tax protester.

On November 7, 1994, the United States moved to dismiss the petition or for summary judgment. The United States contends petitioner failed to file federal income tax returns for the years 1980 through 1983; that the I.R.S. investigated petitioner's tax liability, issued **notice** of **deficiency** and assessed tax, penalties and interest for those years; that on September 5, 1994, the amount owed was $78,915.28; that the I.R.S. has levied upon all commissions due petitioner by Capital Bay Mortgage for petitioner's services arranging loans between the mortgage company and real estate purchasers; and that the summons was issued to aid in collecting petitioner's income tax liabilities. The alleged facts are shown by the affidavit of the revenue officer who caused the summons to be issued. The United States contends that the court lacks subject matter jurisdiction because the summons is one issued to aid in the collection of taxes pursuant to 26 U.S.C. § 7602(a) and because the provisions of § 7609 do not apply.

In opposition, petitioner contends that section 7609(h)(2) does apply because Capitol Bay Mortgage Company is a financial institution and renews her allegations that the summons was issued in furtherance of a criminal investigation and not to collect a tax. Petitioner asserts that the records sought are irrelevant because the I.R.S. has already seized all commissions due. Petitioner also denies that she failed to file tax returns, alleges that she filed late returns, and suggests that **notice of deficiency** was never given.

26 U.S.C. § 7602 authorizes the I.R.S. to summons any person having possession, custody, or care of papers relevant to another's tax liability except when the matter has been referred to the Justice Department for criminal prosecution. 26 U.S.C. § 7609(h) confers subject matter jurisdiction upon the district court of a proceeding to quash such a summons but not if the summons was issued in aid of the collection of the liability of any person against whom an assessment has been made or judgment rendered. 26 U.S.C. § 7609(c)(2)(B)(i).

The United States has shown by the revenue officer's affidavit that the I.R.S. has assessed tax, penalties and interest for the years 1980 through 1983 and that the summons was issued in aid of collection. Petitioner has adduced no opposing evidence and suggested no other basis for subject matter jurisdiction. Accordingly, I find that this court lacks

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

DEFENDANT'S EXHIBIT NO. 1

subject matter jurisdiction under 26 U.S.C. § 7609(h) and recommend this action be dismissed pursuant to Fed.R.Civ.P. 12(b)(1).

*2 These findings and recommendations are submitted to the Honorable Edward J. Garcia pursuant to 28 U.S.C. § 636(b)(1)(C). Any party may file written objections to these findings and recommendations pursuant to Fed.R.Civ.P. 72(b) and L.R. 304(b) within 10 days after service.

E.D.Cal.,1994.
Wells v. U.S.
Not Reported in F.Supp., 1995 WL 411204 (E.D.Cal.), 75 A.F.T.R.2d 95-399

END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

CLOSED

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:94-mc-00288-EJG-PAN

Wells v. USA, et al
Assigned to: Senior Judge Edward J. Garcia
Referred to: Magistrate Judge Peter A. Nowinski
Demand: $0
Cause: Civil Miscellaneous Case

Date Filed: 10/19/1994
Date Terminated: 01/05/1995
Nature of Suit: 999 999
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Susane Wells** represented by **Susane Wells**
8790 Chili Hill Rd
New Castle, CA 95658
916-888-6440
PRO SE

V.

**Respondent**

**USA** represented by **Sean K McElenney**
United States Department of Justice
Tax Division
PO Box 683
Ben Franklin Station
Washington, DC 20044-0683
202-307-6648
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Capitol Bay Mortgage**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/1994 | 1 | PETITION to quash by petitioner Susane Wells (old) (Entered: 10/20/1994) |
| 11/02/1994 | 2 | MOTION by petitioner Susane Wells to quash (old) (Entered: 11/02/1994) |
| 11/02/1994 | 3 | DISCOVERY DOCUMENTS (interrogatories first set) filed by petitioner Susane Wells (old) (Entered: 11/03/1994) |
| 11/03/1994 | 4 | RETURN OF SERVICE executed upon respondent USA, respondent Capitol Bay Mortgage on 10/21/94 (old) (Entered: 11/03/1994) |

| | | |
|---|---|---|
| 11/07/1994 | 5 | NOTICE OF MOTION AND MOTION by respondent USA for summary judgment 12/7/94 9:00 (old) (Entered: 11/08/1994) |
| 11/07/1994 | 6 | MEMORANDUM by respondent USA in support of Motion for Summary Judgment [5-1] (old) (Entered: 11/08/1994) |
| 11/07/1994 | 7 | PROOF OF SERVICE by respondent USA of [6-1], [5-1] (old) (Entered: 11/08/1994) |
| 11/16/1994 | 8 | DECLARATION of Chris Martin in accordance with 28 USC 1746 (old) (Entered: 11/18/1994) |
| 11/18/1994 | 9 | RESPONSE by petitioner Susane Wells to motion by respondent USA for summary judgment [5-1] (old) (Entered: 11/22/1994) |
| 11/29/1994 | 10 | AMENDED MOTION to quash by petitioner Susane Wells ; motion not noticed (old) (Entered: 11/30/1994) |
| 11/29/1994 | 10 | AND REQUEST by petitioner Susane Wells for declaratory and injunctive relief (old) (Entered: 11/30/1994) |
| 11/29/1994 | 11 | AFFIDAVIT of Susan Wells in support of [10-1] (old) (Entered: 11/30/1994) |
| 12/01/1994 | 12 | MOTION to quash IRS summons dated 10/04/94 and for declaratory and Injunctive relief by petitioner Susane Wells : motion to be heard on 01/04/95 at 9:00am before Magistrate Judge Peter A Nowinski (old) (Entered: 12/05/1994) |
| 12/02/1994 | 13 | NOTICE by respondent USA addressed to Ms Wells re: LR 135(c) and REQUEST that the Clerk of the Court return unfiled any papers submitted by Ms Wells that do not conform with LR 135(c) (old) (Entered: 12/06/1994) |
| 12/07/1994 | 14 | REPORT AND RECOMMENDATION by Magistrate Judge Peter A Nowinski recommending that this action be dismissed pursuant to FRCP 12(b)(1); Objections due within 10 days of service (cc: all counsel) (old) (Entered: 12/07/1994) |
| 12/07/1994 | 15 | MINUTES of 12/7/94 before Magistrate Judge Peter A Nowinski proceedings defendant's motion for summary judgment; before calendar call; ordered off calendar; order filed 12/7/94 parties notified via telephone (old) (Entered: 12/08/1994) |
| 12/12/1994 | 16 | ORDER by Magistrate Judge Peter A Nowinski: STRIKING motion to quash IRS summons dated 10/04/94 and motion for declaratory and Injunctive relief by petitioner Susane Wells 12 ; certificate of service not porvided FRCP 5(d) and LR 135(a) (cc: all counsel) (old) (Entered: 12/12/1994) |
| 12/15/1994 | 17 | OBJECTIONS by petitioner Susane Wells to Report and Recommendation [14-1] (old) (Entered: 12/16/1994) |
| 12/27/1994 | 18 | RESPONSE by respondent USA to [17-1] (old) (Entered: 12/27/1994) |
| 01/05/1995 | 19 | ORDER by Judge Edward J Garcia ADOPTING IN FULL report & recommendation order filed 12/7/94 [14-1]; dismissing case (cc: all counsel) (old) (Entered: 01/05/1995) |
| | | |

| | | |
|---|---|---|
| 01/05/1995 | 20 | JUDGMENT entered in accordance with court's order filed 1/5/95 (cc: all counsel) (old) (Entered: 01/05/1995) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/28/2008 12:27:53 | | | |
| **PACER Login:** | us0556 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:94-mc-00288-EJG-PAN |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |