UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Bank of Newport Summons

V.

C.A. No. 08-64S

Internal Revenue Service

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 3, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss is GRANTED. This action is hereby DISMISSED.

By Order,

/s/ Wendy Jail
Deputy Clerk

ENTER:

/s/ WSmith
William E. Smith
United States District Judge
Date: 9/23/08